09-CR-20549

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

THE UNITED STATES OF AMERICA

VS.

YASIR KHAN

SENTENCING LETTERS

Respectfully Submitted,

/S/ THOMAS J. EOANNOU, ESQ.
Thomas J. Eoannou, Esq.
484 Delaware Avenue
Buffalo, New York 14202
(716) 885-2889 (T)
(716) 883-2163 (F)

April 27, 2011

To Honorable Judge Hood,

    I am privileged to write in support of my dear and loving husband, Yasir Ali Khan. I've been married to Yasir Khan for almost eight years and have watched him grow and mature from a young man and husband to a loving father and son-in-law.

    Yasir Khan is the most responsible, honest and admirable person I have ever met. In addition to raising a family and being a great husband, brother and son, Yasir has always found time to get involved in life around him. Unlike many people these days, whenever he adopts a cause or pursues a new interest, he is guaranteed to be highly committed.

    Apart from being a loving family man, Yasir has been a great asset to our community. He has helped out and organized many events and always advocated education, proper social conduct and responsibility to community. By example, my husband has taught our two children and me not only the value of helping others, but the importance of loyalty and honesty. I know for a fact that anyone who meets Yasir comes to respect him as an individual and trust him as a friend.

    I could continue with descriptions of Yasir's many other great qualities – his work ethic, his positive energy and his commitment. Instead, I would simply like to say how much I think of my husband, Yasir Khan, and how stongly I recommend his character, morality and reputation.

    Sincerely,

*Hiba Parvez*

Hiba Parvez

Wife of Yasir Ali Khan

April 16, 2011

Honorable Judge Hood

Dear Sir

My name is Rashida Akhtar Khan; I am mother of Yasir Ali Khan. No one understands yasir as person on this earth more then his mother. I raised my son with dignity, gave him moral values and excellent ethical behavior. I am proud that my son proved that he has qualities that not every person normally have.

Yasir understand the value of relationships, he understand the value of priorities and commitments. He always gives respect to his elders and gives love and kindness to his younger. He is educated person and always willing to get more education and skills. He is living good marred life with his wife and giving good education and teaching good morals values to his kids. He is hard worker and very well committed to his profession. I pray that every mother have son like my son.

Sincerely yours

R. Akhter.
Rashida Akhtar Khan

April 02, 2011

Honorable Judge Hood

Dear Sir

My name is Amir Ali Khan, I am accountant by profession. Yasir is my younger brother, being his older brother I found him soft spoken, trustworthy, generous person with good moral character. He always volunteers himself and helpful whenever there is need for help in his family or in his community.

Among many good qualities he has, he is very responsible person, responsible and caring husband, and responsible father of his two kids. He is very committed with his profession and give priories to accomplish his work related tasks in timely and professional manor. He always participate and local community activities such as Red Cross blood Drive green earth Planting project and food boxes for local food banks such as good fellows etc.

Because of the excellent qualities in his personality he is well respected and very well recognized person in his family, friends and local community.

Sincerely yours

Amir Ali Khan

April 26, 2011

Honorable Judge Hood,

My name is Nadir Khan, I am a medical doctor and I work in sleep medicine. I am a citizen of the United States. Yasir Khan is my brother and I have had a close relationship with him his entire life. Yasir is more than a brother to me, he is my brother and my friend.

Yasir is a wonderful son, a very loving family man, a very responsible citizen of Canada and an extraordinary kind human being. He is a very hard working businessman, who is very honest and trustworthy. I can trust him with anything material, as well as, even my life. He is very helpful and kind to his family, friends and even to strangers. If you call him, anytime of the day or night and ask him for any kind of help, if it is in his power, he will not let you down.

In short, all I have to say about Yasir is good, not because he is my brother, but because he is an ideal human being. If you need to know any thing else about Yasir Khan, please feel free to ask me, it will be honored to answer.

Sincerely,

Nadir Khan

2011-05-02

Honourable Judge Hood ,

I am Uzma Khan and Yasir Khan is my younger brother. He is very caring and responsible person. Being his sister i found him very caring, responsible ,trustworthy, generous, soft hearted and soft spoken person.

Among many good qualities and with good moral character he has, he always volunteer himself and  help full in his family and his community. He is very responsible brother, a responsible and caring son, caring husband and responsible and loving father of two kids.

He is very committed with his profession . He also participate in local community activities such as making food boxes for food banks, planting for green earth project .

Because of his excellent personality, he is very well recognized and very well respected person in his family ,friends and local community .

Sincerely

*Uzma K.*

UZMA KHAN

April 27, 2011

To Honorable Judge Hood,

I feel honored to write a letter of recommendation for my son-in-law, Yasir Khan.

I have known Yasir for over 8 years, but I have known his mother and his family for many years before that. I can honestly say that Yasir Khan has been a gem of a son-in-law, so much so, that I consider and treat him like my own son. When Yasir Khan asked to marry my daughter, Hiba Parvez, I asked about him in the community and from many people I know and I only received positive responses about his great character, friendly demeanor and honest personality. Since Yasir Khan has married my daughter, I have never regretted it for a second because he has kept her happy, along with his family and his in-laws, which is a lot to ask of one person.

Yasir has done a wonderful job of raising his two children and teaching them the values of society and good morals. He has provided for his family and always stays positive, even in the worst of times. Yasir Khan has been the backbone of my family and we turn to him in our times of need. Though Yasir is many years younger than me, I turn to him for advice and counseling. I can always count on Yasir to make any situation positive.

I am privileged and grateful to have Yasir Khan as my son-in-law and a vital part of my family. His honest character and reputation proceeds him and I would recommend his wonderful qualities and personality any day.

Sincerely,

Saeeda Parvez

Mother-in-law of Yasir Ali Khan

April 27, 2011

To Honorable Judge Hood,

    I felt overwhelmed and delighted when my son-in-law, Yasir Ali Khan, asked me to write a letter of recommendation on his behalf, as I have only good things to say about him.

    Yasir Khan has been married to my daughter for almost eight years and he has kept her and my family very happy. He is a loving husband, a caring father, a hardworking son-in-law and a honorable man. I would have never allowed him to marry my daughter if I did not believe he possessed these positive traits. He has proven himself time and time again and no matter what obstacles have come in his way, he has faced them honorably and respectfully, which is what I expect of him.

    Yasir is a proud and active member in the Windsor community and I have only heard compliments and praise about his excellent character. I am very proud to have Yasir as my son-in-law and I am truly honored that he chose to be a part of my family.

Sincerely,

*[signature]*

Syed Parvez

Father-in-law of Yasir Khan

Chemist at DSWD

May 6, 2011

To Honorable Judge Hood,

I am presenting this character reference of my brother-in-law, Yasir Ali Khan, feeling both honored and enthusiastic. I am honored because there are few people that I hold in as high regard as Yasir and enthusiastic because there are not many people I consider as deserving of being uplifted and recognized as he is.

I have personally known Yasir Khan for about five years, since I was engaged to his sister-in-law and I know him on a professional level since he has been a business partner with my brother. I know Yasir to be a respectable man, who runs his business like he runs his life, honestly and with a positive attitude.

Yasir is perhaps the most unbiased person I've met and he treats everyone with equal courtesy, respect and regard, no matter his or her age, ethnicity, or occupation. He is highly motivated and, even in the worst of times, he keeps a smile on his face and faces challenges with positivity and strength. Yasir Khan is an upright and ethical family man, who encourages ethical behavior and following the rules in all situations. He is an active member of his community and helps out in the neighborhood whenever he possibly can. He has provided his family with emotional support during some difficult times and always goes above and beyond what is expected of him.

Overall, I can truly say that Yasir Ali Khan is a honest, reputable and good man with great morals and ethics and I am honored to speak on his behalf.

Sincerely,

Fahad A. Ansari

Sales Consultant

Oracle Corp.

April 26, 2011

RE: Yasir Khan

Dear Honorable Judge Hood,

My name is Tahira Khan and I am the sister-in-law of Yasir Khan. I am a business owner in the city of Warren where I have a retail store and a screen printing and embroidery business. I have been in business since 1997. I have known Yasir for over 15 years and have always been very proud of him. Yasir is a very responsible, trustworthy, dependable and caring person. He works hard and enjoys helping others. He is a family man and takes excellent care Mom, wife and children. He has a good sense of humor and enjoys making others laugh. Yasir is the kind of person you can rely on to be there when you need a hand. He is enthusiastic about being the best that he can be. He graduated from Wayne State University and made a good career for himself.

I know Yasir to be an outstanding person, and a brother-in-law who is all that anyone could have wished for in a person. If you need any further information, please feel free to contact me via cell at (313) 384-0111.

Respectfully,

Tahira Khan

**WINDSOR MEDICAL CENTRE**
Multi-discipline family health integration network

May, 2nd 2011

To Honorable Judge Hood,

    I am more than pleased to write a character reference on behalf of Yasir Ali Khan. I have known Yasir Khan in a variety of capacities over the last few years, as his family doctor, a fellow community member and a friend.

    At all times, I have found Yasir to be honorable, intelligent and friendly. He has a very peaceful character and loves to help out in all situations. I have seen him participate in blood drives, food drives and fundraisers. Yasir is always there to lend a helping hand. Yasir, from a young age, has always been a very mature individual who tackles all challenges with a positive attitude. It is apparent that he is a loving and caring father, the way he handles and treats his children.

    I am honored to know Yasir Khan and be able to speak on his behalf.

Sincerely,

Dr. A. Chaker, MD, CCFP, Msc. Dip Sports Med



**FACULTY OF EDUCATION**
University of Windsor

The Honorable Denise P. Hood,
United States Federal Judge,
U.S. District Court for the Eastern District of Michigan,
Detroit, MI, USA.

May 2, 2011.

Dear Judge Hood,

I am writing this letter on behalf of a dear personal friend, Mr. Yasir Khan. My name is Aamer Shujah. I am a Professor of Education at the University of Windsor. I have known Yasir for almost four years now. My personal dealings with Yasir encompass the individual, family and community level. I have come to know Yasir as a person who is supportive of positive community endeavors as an active volunteer for events such as youth sports camps, elementary school fun days and festival events, community blood drives for the Red Cross, Earth Day tree planting events, and community food bank initiatives. Yasir is someone who is empathetic to the needs of those less fortunate and has often encouraged others, including myself, towards greater community participation and civic engagement towards helping others.

I also know Yasir as a devoted family man, dedicated to his wife, children, and other immediate family. I know him to be especially focused on his relationship with his widowed mother committing regular time to support and assist her in a variety of ways. He is an honest, affable, well-mannered father who is keen to provide a positive role model for his children. My own children are very fond of playing with his young daughter and son, and are always amused by their "Uncle Yasir" and his jocular demeanor.

Yasir has proven to be a sincere, thoughtful and empathetic friend to my family and I in several challenging instances. When my son was born in June 2008, I had been in Windsor for about a year and was without any family support. My parents and siblings were residing in Toronto. My in-laws reside in Minneapolis. No one was able to arrive to help with our 2nd child for some weeks. However, Yasir and his family, knowing our circumstance, were the very first friends to immediately reach out to support and assist us, by bringing us cooked food and helping to babysit my older daughter. When my wife and I lost twin boys, born premature and unable to survive long in February 2010, Yasir was among the first to offer his assistance. He was very helpful to me during the funeral and subsequent burial of my twin sons. More recently, after a protracted battle with kidney disease, my mother passed away in late January 2011. When he heard the news, Yasir called me in the hospital in Toronto immediately, having already offered regular words and prayers of support. To my great astonishment, Yasir drove 4 hours from Windsor to Toronto for my mother's Tuesday afternoon funeral service and helped carry the casket for her burial at the graveyard. I remain deeply indebted to Yasir and appreciative of his genuine kindness and generous support in such challenging circumstances.



**FACULTY OF EDUCATION**
University of Windsor

I know Yasir to be an upright, trustworthy individual who possesses an exemplary moral character, consistently concerned with effecting goodness wherever he may be, in whatever manner possible. I hope that this letter helps to provide you with greater insight and an accurate perspective of who Mr. Yasir Khan truly is. If there are any further questions or concerns, please do not hesitate to contact me.

Yours truly,

Aamer Shujah, PhD
Assistant Professor
Core Faculty Team, Urban Education Partnership
Faculty of Education, University of Windsor
519-253-3000 x.3816
ashujah@uwindsor.ca

April 29, 2011

To Honorable Judge Hood:

    My name is Basem Baalbaki, I have been employed by the city the Windsor as Building Engineer for the past 10 years. I have been asked by Yasser Kwan to provide you with a letter regarding Mr. Kwan character.

    I have known Yasser over 11years and I have seen Yasser over the years become into a community leader and a very intelligent young man. Yasser comes from a respectful family and he carries these same traits in himself and also to his own kids. Yasser's character is the type that is always needed, in times of need Yasser is always first to come through and lend a helping hand or offer any sort of assistance he is capable of. Yasser is a very hard worker in school and work, he is defiantly a go getter and is someone that you would want to work for you or teach your kids. Yasser is outing going, and has a good sense of humor, and he has the ability to effectively communicate with a wide range of individuals from youth to adults. I have known Yasser to be an amazing person and a true friend who is always truthful.

    In conclusion the positive traits of Yasser and the good morale characteristics can go on and on, but his track record speaks for itself. If you have any future questions for me, you may contact me at the above phone number. Thank you

Respectfully,

Basem Baalbaki

May 2, 2011

To Honorable Judge Hood,

In the six years I have known Yasir Khan, I have been impressed with his capabilities as a friend, a father and an active member in the Windsor community.

Yasir demonstrates a giving and generous nature in his free time and participates in many events in the city. He displays extreme patience and kindness when he takes on the task of teaching others and being involved in volunteering activities. Yasir also shows extreme empathy and compassion when it comes to helping those who are less fortunate, volunteering his time to help out in whatever way possible. Yasir Khan has been a dear friend to me and his honesty never seizes to amaze me.

I am very pleased to advocate for Yasir's great personality and feel these attributes demonstrate someone with an exceptional character.

Sincerely,

Dr. A. Shamisa
Neurosurgeon
Hotel-Dieu Grace Hospital
1030 Ouellette Avenue, Windsor, ON N9A 1E1

Dear Honorable Judge Hood,

My name is Tarek Fakhuri and I am a pharmacist who has been practicing for the past 9 years. I would like to take this opportunity to describe who Yasir Khan is to me and to my family.

I have known Yasir for the past four years and I can honestly say he is like a brother to me. From our initial visit I felt very comfortable with Yasir as he came to visit me at my home. I first met Yasir at my house as he stopped by to pay for makeup my wife had picked up for his wife. I had a strong sense that Yasir was very honest and trustworthy as he took time out of his way to repay his debt as it hadn't been but a short time that the purchase was made. We realized that we had many similarities and we have been good family friends ever since.

Both our families have children of similar age and I've had the opportunity of witnessing the care and love Yasir has for our children as if they were his own. He is playful and great with children. He has an amazing sense of humor and he is an avid family man who is dedicated to taking care of his wife and children I believe to the best of his ability. He is very well respected around the community and among our mutual friends. He has been there for me in past situations in which I needed his help and he's the first one to lend a helping hand. I can truly say Yasir is dependable and I usually rely on him first if I require a favor or help from him.

I have witnessed how Yasir has worked very hard trying to provide for his family and how he has been patient with the ordeal of the past year or so. He's worked long hours has been dedicated to getting back on his feet. In my impression, he has persevered under the great amount of pressure he has been under both financially and emotionally. Yasir is a good person with excellent moral standards and is truly grateful for what he has been given. From our experiences and time spent together, I have but the utmost respect for Yasir and believe him to be an honest, thoughtful and generous human being.

Please take my view of Yasir into consideration I would like to thank you for taking time to read this letter.

Sincerely,

Tarek Fakhuri

April 28, 2011

Dear Honorable Judge Hood,

    I have known Yasir Khan for 9 years and I feel privileged to speak on behalf of his friendly demeanor, positive attitude and honest character.

    Yasir Khan and I have been friends for many years and I can truly say that Yasir has been a true and honorable friend. He has been around for me when needed and helped me out in many situations. Yasir is always willing to lend a hand and be of service to those less fortunate, without expecting any sort of return or compensation. He brings a smile to the face of anyone he is around with his witty personality and great jokes. Yasir is definitely one of those most upbeat and positive individuals I have ever met.

    I also know Yasir on a professional level, since he is renting my family's retail space for his business. Yasir deals with his business very professionally and does not take advantage of our friendship in his work. He takes great care in keeping the retail space organized and clean. I trust Yasir on both professional and a personal level.

    I am happy to speak on behalf of Yasir and recommend his honorable character.

Best Regards,

Mike Nazzali
Sales Engineer at Shelly Automation
Windsor, Ontario

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

vs.

YASIR KHAN,
         DEFENDANT

## CERTIFICATE OF SERVICE
### 09-CR-20549

I hereby certify that on October 28, 2011, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/ECF Participant on this case:

    Cynthia Oberg, AUSA
    211 W. Forest Street, Suite 2001
    Detroit, Michigan 48226

    Thomas Nugent, USPO
    Fax: 313-234-5385

                              s/Angela Foster

                              ANGELA FOSTER